

1  Francis M. Gregorek (SBN 144785)
   Betsy C. Manifold (SBN 182450)
2  Rachele R. Rickert (SBN 190634)
   Marisa C. Livesay (SBN 223247)
3  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
4  Symphony Towers
   750 B Street, Suite 2770
5  San Diego, California 92101
   (619) 239-4599
6  (619) 234-4599 facsimile
   gregorek@whafh.com
7  manifold@whafh.com
   rickert@whafh.com
8  livesay@whafh.com

Attorneys for Plaintiff Yossi Duchman,
Custodian for Yisrael Duchman

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

15  YOSSI DUCHMAN,                          )  Case No. CV 07-4542 AHM (FFMx)
    CUSTODIAN FOR YISRAEL                   )
16  DUCHMAN                                 )
                                            )  **JOINT STIPULATION AND
17              Plaintiff                   )  [PROPOSED] ORDER
                                            )  EXTENDING DEFENDANTS'
18        v.                                )  TIME TO ANSWER OR
                                            )  OTHERWISE RESPOND TO
19  HILTON HOTELS                           )  PLAINTIFF'S COMPLAINT**
    CORPORATION, STEPHEN F.                 )
20  BOLLENBACH, BARRON                      )
    HILTON, BARBARA BELL                    )
21  COLEMAN, A. STEVEN                      )
    CROWN, CHRISTINE GARVEY,                )
22  MATTHEW J. HART,                        )
    BENJAMIN V. LAMBERT,                    )
23  JOHN H. MYERS, JOHN L.                  )
    NOTTER, DONNA F. TUTTLE                 )
24  and PETER V. UEBERROTH.                 )
                                            )
25              Defendants.                 )
                                            )
26                                          )

SULLIVAN & CROMWELL LLP

1  WHEREAS, on July 12, 2007 Plaintiff filed his Complaint in this matter;

2  WHEREAS, Defendants Hilton Hotels Corporation, Stephen F. Bollenbach, Barron Hilton, Barbara Bell Coleman, A. Steven Crown, Christine Garvey, Matthew J. Hart, Benjamin V. Lambert, John H. Myers, John L. Notter, Donna F. Tuttle and Peter V. Ueberroth's time to answer, counter-claim or otherwise respond to Plaintiff's Complaint is currently Monday, September 17, 2007;

WHEREAS, counsel for the parties are engaged in discussions concerning the effect of parallel litigation pending in the Superior Court of California, Los Angeles County;

WHEREAS, the parties have reached an agreement to extend Defendants' time to answer, counter-claim or otherwise respond to Plaintiff's Complaint through and including Monday, September 24, 2007;

WHEREAS, this is the first agreed extension of time to respond to Plaintiff's Complaint, and there are no pending dates set by the Court which will be affected by this extension;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for all parties that Defendants' time to answer, counter-claim or otherwise respond to Plaintiff's Complaint is hereby extended through and including **Monday, September 24, 2007**.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: September 18, 2007 | Respectfully submitted, |
| 2 | | |
| 3 | | *Rachele R. Rickert* |
| 4 | | Francis M. Gregorek (SBN 144785) |
| 5 | | Betsy C. Manifold (SBN 182450)<br>Rachele R. Rickert (SBN 190634)<br>Marisa C. Livesay (SBN 223247) |
| 6 | | WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP |
| 7 | | Symphony Towers<br>750 B Street, Suite 2770 |
| 8 | | San Diego, California 92101<br>Tel:   (619) 239-4599 |
| 9 | | Fax:  (619) 234-4599 |
| 10 | | Attorneys for Plaintiff Yossi Duchman,<br>Custodian for Yisrael Duchman |
| 11 | | |
| 12 | Dated: September 18, 2007 | |
| 13 | | |
| 14 | | *Robert A. Sacks /dl* |
| 15 | | Robert A. Sacks (SBN 150146)<br>Diane L. McGimsey (SBN 234953) |
| 16 | | Laura E. Kabler (SBN 241281)<br>SULLIVAN & CROMWELL LLP |
| 17 | | 1888 Century Park East<br>Los Angeles, California 90067-1725 |
| 18 | | (310) 712-6600<br>(310) 712-8800 facsimile |
| 19 | | sacksr@sullcrom.com<br>mcgimseyd@sullcrom.com |
| 20 | | kablerl@sullcrom.com |
| 21 | | Attorneys for Defendants Hilton Hotels<br>Corporation, Stephen F. Bollenbach, |
| 22 | | Barron Hilton, Barbara Bell Coleman,<br>A. Steven Crown, Christine Garvey, |
| 23 | | Matthew J. Hart, Benjamin V. Lambert,<br>John H. Myers, John L. Notter, |
| 24 | | Donna F. Tuttle and Peter V. Ueberroth |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

SULLIVAN & CROMWELL LLP

**[PROPOSED ORDER]**

Defendants' time to answer, counter-claim or otherwise respond to Plaintiff's Complaint is hereby extended through and including **Monday, September 24, 2007.**

IT IS SO ORDERED.

Dated: SEP 20 2007

_____
United States District Judge
Hon. A. Howard Matz

HILTON 15271 STIP

-2-

**PROOF OF SERVICE**

I, Leanna Tucker, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California, 90067-1725.

I served the following document:

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHEWISE RESPOND TO PLAINTIFF'S COMPLAINT**

on September 19, 2007, on all parties in this action by placing true copies of the above document enclosed in a sealed envelope addressed as follows:

<u>Via U.S. Mail</u>

Francis M. Gregorek, Esq.
Betsy C. Manifold, Esq.
Rachele R. Rickert, Esq.
Marisa C. Livesay, Esq.
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
Symphony Towers
750 B. Street, Suite 2770
San Diego, CA 92101
Tel: (619) 239-4599
Fax: (619) 234-4599

For copies served by U.S. Mail, I placed such envelope with postage thereon fully prepaid for the deposit in the United States in accordance with the office practice of Sullivan & Cromwell LLP for collecting and processing correspondence for mailing, which practice is that when correspondence is deposited with the Sullivan & Cromwell LLP personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 19, 2007, at Los Angeles, California.

*Leanna Tucker* (signature)
Leanna Tucker