1  Francis M. Gregorek (SBN 144785)
   Betsy C. Manifold (SBN 182450)
2  Rachele R. Rickert (SBN 190634)
   Marisa C. Livesay (SBN 223247)
3  WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP
4  Symphony Towers
   750 B Street, Suite 2770
5  San Diego, California 92101
   (619) 239-4599
6  (619) 234-4599 facsimile
   gregorek@whafh.com
7  manifold@whafh.com
   rickert@whafh.com
8  livesay@whafh.com

9  Attorneys for Plaintiff Yossi Duchman,
   Custodian for Yisrael Duchman
10
   [Additional Counsel Appear on Signature Page]
11
12           UNITED STATES DISTRICT COURT
13           CENTRAL DISTRICT OF CALIFORNIA
14
15 YOSSI DUCHMAN,                    )  Case No. CV 07-4542 AHM (FFMx)
   CUSTODIAN FOR YISRAEL             )
16 DUCHMAN                           )
                                     )
17              Plaintiff            )  **STIPULATION OF DISMISSAL**
                                     )
18         v.                        )
                                     )
19 HILTON HOTELS                     )
   CORPORATION, STEPHEN F.           )
20 BOLLENBACH, BARRON                )
   HILTON, BARBARA BELL              )
21 COLEMAN, A. STEVEN                )
   CROWN, CHRISTINE GARVEY,          )
22 MATTHEW J. HART,                  )
   BENJAMIN V. LAMBERT,              )
23 JOHN H. MYERS, JOHN L.            )
   NOTTER, DONNA F. TUTTLE           )
24 and PETER V. UEBERROTH.           )
                                     )
25              Defendants.          )
                                     )
26
27
28



FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2007
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Priority  ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

BY FAX

DOCKETED ON CM
SEP 24 2007
BY _____ 002

LODGED
2007 SEP 21 PM 2:13
CENTRAL DIST. OF CALIF.
LOS ANGELES

1       IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the above-entitled action, including the Complaint and all causes of action therein, be and hereby is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs.

      IT IS SO STIPULATED.

Dated: September 20, 2007     Respectfully submitted,

*/s/ Francis M. Gregorek*

Francis M. Gregorek (SBN 144785)
Betsy C. Manifold (SBN 182450)
Rachele R. Rickert (SBN 190634)
Marisa C. Livesay (SBN 223247)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, California 92101
Tel: (619) 239-4599
Fax: (619) 234-4599

Attorneys for Plaintiff Yossi Duchman,
Custodian for Yisrael Duchman

Dated: September 21, 2007

*/s/ Robert A. Sacks*

Robert A. Sacks (SBN 150146)
Diane L. McGimsey (SBN 234953)
Laura E. Kabler (SBN 241281)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile
sacksr@sullcrom.com
mcgimseyd@sullcrom.com
kablerl@sullcrom.com

Attorneys for Defendants Hilton Hotels
Corporation, Stephen F. Bollenbach,
Barron Hilton, Barbara Bell Coleman,
A. Steven Crown, Christine Garvey,
Matthew J. Hart, Benjamin V. Lambert,
John H. Myers, John L. Notter,
Donna F. Tuttle and Peter V. Ueberroth

-2-

STIPULATION OF DISMISSAL

SULLIVAN & CROMWELL LLP

## PROOF OF SERVICE

I, Leanna Tucker, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California, 90067-1725.

I served the following document:

**STIPULATION OF DISMISSAL**

on September 21, 2007, on all parties in this action by placing true copies of the above document enclosed in a sealed envelope addressed as follows:

<u>Via U.S. Mail</u>

Francis M. Gregorek, Esq.
Betsy C. Manifold, Esq.
Rachele R. Rickert, Esq.
Marisa C. Livesay, Esq.
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
Symphony Towers
750 B. Street, Suite 2770
San Diego, CA 92101
Tel: (619) 239-4599
Fax: (619) 234-4599

For copies served by U.S. Mail, I placed such envelope with postage thereon fully prepaid for the deposit in the United States in accordance with the office practice of Sullivan & Cromwell LLP for collecting and processing correspondence for mailing, which practice is that when correspondence is deposited with the Sullivan & Cromwell LLP personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 21, 2007, at Los Angeles, California.

*Leanna Tucker* (signature)
Leanna Tucker

-2-